```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500037992
Cashier ID: cander
Transaction Date: 02/07/2014
Payer Name: Skycargo Solutions Inc DBA
-----------------------------------
REGISTRATION OF FOREIGN JUDGMT
 For: TransAmerica Investment Group
 Case/Party: D-OKW-5-14-FJ-000001-001
 Amount:      $46.00
-----------------------------------
CHECK
 Check/Money Order Num: 12064
 Amt Tendered: $46.00
-----------------------------------
Total Due:      $46.00
Total Tendered: $46.00
Change Amt:     $0.00

Foreign Judgment
H-12-1102

Return check fee $53
```